IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19MJ3190 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE THOMAS M. |
| | ) | PARKER |
| vs. | ) | |
| | ) | |
| CHARLES VACCARO, | ) | |
| | ) | **NOTICE OF APPEARANCE OF** |
| Defendant. | ) | **ADDITIONAL COUNSEL** |

Undersigned counsel, Paul M. Flannery and Christos N. Georgalis, hereby enter a Notice of Appearance as additional counsel on behalf of Defendant, Charles Vaccaro, in the above-captioned case. Please add Paul M. Flannery and Christos N. Georgalis to the docket as additional counsel of record for Mr. Vaccaro. Please forward all Court notifications, correspondence, and pleadings to the address listed below.

Respectfully submitted,

/s/ *Paul M. Flannery*
Paul M. Flannery (OH: 0091480)
**Flannery │ Georgalis, LLC**
1375 E. 9th St., 30th Floor
Cleveland, OH 44114
Telephone: (216) 367-2094
Email: paul@flannerygeorgalis.com

/s/ *Christos N. Georgalis*
Christos N. Georgalis (OH: 0079433)
**Flannery │ Georgalis, LLC**
1375 E. 9th St., 30th Floor
Cleveland, OH 44114
Telephone: (216) 367-2095
Email: chris@flannerygeorgalis.com

*Attorneys for Defendant Charles Vaccaro*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ *Paul M. Flannery*
Paul M. Flannery

*Attorney for Defendant Charles Vaccaro*