UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
PASSPORT OR OTHER NON-CASH COLLATERAL RECEIPT # C 754

**Receipt of Passport or Other Non-Cash Collateral** (Section 1)

Name: Charles Vaccaro  Case Number: 1:19 mj 3190

Address: ~~Passport Number:~~

Sunny Isles Beach, FL  Country of Origin:
33160

Date Rec'd: 8-23-19  Expiration Date:

Description of Property Other than Passport:
Certificate of Title of 2018 Rolls Royce IN SCA664D53J4115744
TITLE # 130303382

Signature of Individual Surrendering ~~Passport~~/Other Title   Clerk's Signature

Justin Withrow c/o Flannery Georgalis, LLC
Print Name

FILED 2019 AUG 23 AM 9:40 U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO CLEVELAND

☑ Original of Receipt Provided to Defendant or Individual Surrendering Passport or Other Non-Cash Collateral

**Return of Passport or Other Non-Cash Collateral** (Section 2)

Date Returned:   Rec'd by:

  Rec'd from:

Purpose Returned:

Address (If Mailed):

Signature of Individual Retrieving Passport/Other   Clerk's Signature

Print Name