IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20CR392 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, | ) | NOTICE OF DISCOVERY STATUS |
| DROR SVORAI, | ) | |
| DENNIS RUGGERI, | ) | |

Defendants.

Now comes the United States of America, by and through its undersigned counsel, to respectfully provide this *Notice of Discovery Status.*

The Court's Pretrial Order set the discovery deadline for August 17, 2020. (Doc. 25). Due to the nature of the discovery materials, the government believes a protective order is necessary before the production of discovery or it must engage in a lengthy redaction process. The Parties have been working on proposed language for the Court's consideration.

To date, the government has received discovery requests from defendants Svorai, on August 6, 2020, and Vaccaro, on August 17, 2020. Defendant Ruggeri has yet to be arraigned. Discovery in this case will be voluminous and a protective order will ensure a more timely and orderly process of producing discovery. In an abundance of caution, and because of the discovery deadline imposed by the Pretrial Order, the government provides this notice for the Court's information.

                Respectfully submitted,

                JUSTIN E. HERDMAN
                United States Attorney

By:  /s/ Alejandro A. Abreu
       Alejandro A. Abreu (OH: 0089477)
       Assistant United States Attorney
       United States Court House
       801 West Superior Avenue, Suite 400
       Cleveland, OH 44113
       (216) 622-3620
       (216) 522-2403 (facsimile)
       Alejandro.A.Abreu@usdoj.gov