IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20CR392-1 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, | ) | MOTION TO FILE EXHIBIT UNDER |
| | ) | SEAL |
| Defendant. | ) | |

The United States of America, by and through its undersigned counsel, hereby respectfully moves this Court, pursuant to Local Criminal Rule 49.4, for an Order to permit the filing of an exhibit to its Response in Opposition to Defendant Vaccaro's Motion to Modify Bond Conditions, Doc# 38: Government Response, under seal. The exhibit contains financial information relative to the purchase of the Defendant's yacht, which is subject to the Court's protective order and should not be publically disclosed at this time.

                                                    Respectfully submitted,

                                                    JUSTIN E. HERDMAN
                                                    United States Attorney

                    By:   /s/ Alejandro A. Abreu
                          Alejandro A. Abreu (OH: 0089477)
                          Assistant United States Attorney
                          United States Court House
                          801 West Superior Avenue, Suite 400
                          Cleveland, OH 44113
                          (216) 622-3620
                          (216) 522-2403 (facsimile)
                          Alejandro.A.Abreu@usdoj.gov