UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20 CR 392 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, | ) | |
| DROR SVORAI, | ) | |
| DENNIS RUGGERI, | ) | |
| | ) | |
| Defendants | ) | **ORDER** |

    The court held a pretrial conference on September 16, 2020 at 11:00 a.m. AUSA Alex Abreu was present for the government. Attorneys Paul Flannery and Alex Spiro were present for Defendant Charles Vaccaro. Attorney David Sobel was present for Defendant Dror Svorai. And Attorney Russell Williams was present for Defendant Dennis Ruggeri. The court reporter was George Staiduhar. Mr. Abreu advised the court that there were about 4 terra bytes of electronic data evidence in this matter, in addition to voluminous other discovery. The government anticipates having discovery in this matter to the defendants within two to three months.

    Attorney Flannery renewed orally his Unopposed Motion to Continue Trial Date and Pretrial Deadlines and to Designate This Case Complex Pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), (ECF No. 28), requesting a 90 day continuance, which the government did not oppose and other

defense counsel concurred. The court grants the Motion due to the nature and complexity of the charges, the massive volume and nature of discovery materials, and the location of out of District defendants and witnesses, as well as the additional reasons stated on the open record. This case is hereby declared complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii). The court finds the ends of justice served by continuance of trial outweigh the best interests of the public and the Defendants in a speedy trial. The court will hold a telephonic pretrial status conference, with counsel only and on the record, December 17, 2020 at 11:00 a.m.

    IT IS SO ORDERED.

                                              /s/*SOLOMON OLIVER, JR.*
                                              UNITED STATES DISTRICT JUDGE

September 17, 2020