**MOTION GRANTED.**
/s/ Solomon Oliver, Jr.
United States District Judge
9/17/2020

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20CR392-1 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, | ) | MOTION TO FILE EXHIBIT UNDER |
| | ) | SEAL |
| Defendant. | ) | |

The United States of America, by and through its undersigned counsel, hereby respectfully moves this Court, pursuant to Local Criminal Rule 49.4, for an Order to permit the filing of an exhibit to its Response in Opposition to Defendant Vaccaro's Motion to Modify Bond Conditions, Doc# 38: Government Response, under seal. The exhibit contains financial information relative to the purchase of the Defendant's yacht, which is subject to the Court's protective order and should not be publically disclosed at this time.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By:   /s/ Alejandro A. Abreu
      Alejandro A. Abreu (OH: 0089477)
      Assistant United States Attorney
      United States Court House
      801 West Superior Avenue, Suite 400
      Cleveland, OH 44113
      (216) 622-3620
      (216) 522-2403 (facsimile)
      Alejandro.A.Abreu@usdoj.gov