# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-cr-00392 |
| Plaintiff, | |
| v. | JUDGE: SOLOMON OLIVER, JR. |
| CHARLES VACCARO, | |
| Defendant. | **NOTICE OF APPEARANCE** |

Please take notice that the undersigned counsel, Ian N. Friedman, of Friedman & Nemecek, L.L.C., hereby enters his appearance of counsel on behalf of Defendant, Charles Vaccaro in the above-captioned matter. Pursuant to Local Rule, a notice of appearance, subject to *Pro Hac Vice* Admission by Attorney Randy Zelin, of *Wilk, Auslander, LLP*, will be forthcoming.

Respectfully Submitted,

*/s/ Ian N. Friedman*
IAN N. FRIEDMAN (0068630)
Friedman & Nemecek, L.L.C.
1360 East 9th Street, Suite 650
Cleveland, OH 44114
Ph. (216) 928-7700
E-Mail: inf@fanlegal.com
*Co-Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was filed on the 25th day of February, 2021, by CM/ECF, which will send a notification of electronic filing (NEF) to the parties.

/s/ Ian N. Friedman
IAN N. FRIEDMAN