# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20CR392 |
| | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| vs. | ) | |
| | ) | |
| | ) | |
| CHARLES VACCARO, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF RANDY ZELIN

Pursuant to Local Rule 83.5(h) of the Rules of the United States District Court for the Northern District of Ohio, Ian N. Friedman, Esq., of Friedman & Nemecek, LLC, moves this Court to grant leave for attorney Randy Zelin,, of Wilk Auslander LLP, to appear *pro hac vice* in this action on behalf of Defendant Charles Vaccaro. In support of this motion, the undersigned asserts the following:

1. Mr. Zelin is counsel to Wilk Auslander LLP, which is located at 825 Eighth Ave., Suite 2900, New York, NY 10019. His business telephone number is 212.981.2300 and his facsimile number is 212.752.6380. His email address is rzelin@wilkauslander.com.

2. The declaration of Mr. Zelin, which is offered in support of this motion and contains the specifics required by Local Rule 83.5(h) is attached as Exhibit A.

3. As is more fully set forth in Mr. Zelin's declaration, Mr. Zelin is a member in good standing of the courts in which he is admitted. Furthermore, no disciplinary proceedings have been filed or are pending against him, and he has not been disbarred from practice before any court, department, bureau or commission of any State or the United States. Also, as noted, Mr. Zelin has

never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of any Bar.

4. The undersigned is tendering the required filing fee with this motion.

**WHEREFORE**, the undersigned respectfully requests that this Court grant attorney Randy Zelin limited admission to in this Court, in this particular proceeding, on behalf of Defendant Charles Vaccaro.

Respectfully submitted,

*/s/ Ian N. Friedman*
IAN N. FRIEDMAN (0068630)
Friedman & Nemecek LLC
1360 East 9th St., Suite 650
Cleveland, OH 441114
Ph. (216) 928-7700
E-Mail inf@fanlegal.com
*Co-counsel for Defendant Charles Vaccaro*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion for *Pro Hac Vice* of Randy Zelin was filed on the 3rd day of March, 2021, by CM/ECF, which will send a notification of electronic filing (NEF) to the parties.

/s/ Ian N. Friedman
IAN N. FRIEDMAN