# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20CR392 |
| vs. | JUDGE SOLOMON OLIVER, JR. |
| CHARLES VACCARO, | |
| Defendant. | |

## DECLARATION OF RANDY ZELIN
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Randy Zelin, declares under penalty of perjury pursuant to 28 U.S.C. §1746:

1. I am counsel to the law firm Wilk Auslander LLP, which is located at 825 Eighth Ave., Suite 2900, New York, NY 10019. My business telephone number is 212.981.2300 and my facsimile number is 212.752.6380. My email address is rzelin@wilkauslander.com.

2. I am a member in good standing of the Bar of the State of New York. I was admitted on March 16, 1988. My attorney registration number is 2180487. I am also a member in good standing of the Bars of the United States District Courts for the Southern District of York (admitted January 18, 1996), the Eastern District of New York (admitted February 21, 1992) and the United States Court of Appeals for the Second Circuit (admitted March 15, 2015).

3. No disciplinary proceedings have been filed or are pending against me, and I have never been disbarred nor suspended from practice before any court, department, bureau or commission of any State or the United States.

4. I have never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of any Bar.

5. The required filing fee is being tendered with the motion that is being filed on my behalf for admission *pro hac vice* in this proceeding before this Court.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 4, 2021 (redated)

_____
Randy Zelin