# ACKNOWLEDGMENT
# OF
# PROTECTIVE ORDER

**(Defense Team - *United States v. Charles Vaccaro, et al.*)**

I, __Randy Zelin__, hereby state that I fully understand and acknowledge the following provisions:

(1) I have reviewed and understand the entirety of the Protective Order signed by Solomon Oliver, Jr., Judge, United States District Court in Case No. 1:20CR392;

(2) I agree to fully comply with all the provisions of the Protective Order;

(3) I understand that this document, in executed form, must be filed *ex parte* and under seal with the Court prior to my receipt of any Discovery Material in this case and prior to any of the disclosures contemplated in the Protective Order;

(4) In the event I disclose any Discovery Material or the substance thereof to any individual or entity outside the scope of, or otherwise in violation of, this Protective Order, I am subject to sanctions to be imposed at the discretion of the Court.

Signature: __Randy Zelin__

Title: __attorney of record for Charles Vaccaro__

Executed this day, __March 15, 2021__.