UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:20 CR 392 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, | ) | |
| DROR SVORAI, | ) | |
| DENNIS RUGGERI, | ) | |
| | ) | |
| Defendants | ) | FINAL PRETRIAL CONFERENCE ORDER |

A telephonic final pretrial conference was held on the open record in the within case on March 18, 2021, at 2:00 p.m. with counsel only.  Assistant U.S. Attorneys Alex Abreu, Brad Beeson and Jim Morford were present on behalf of the Government.  Attorneys Ian Freedman and Randy Zelin as to Charles Vaccaro (1),  Attorney David Sobel as to Dror Svorai (2), and Attorney Russell Williams as to Dennis Ruggeri (3) were also present.  The Government stated that discovery is ongoing.  Outstanding issues were discussed, and the court determined that Defendant Vaccaro's Motion for Bond modification (ECF No.29) will be held in abeyance until his relatively new counsel can confer with counsel for the United States.  The Government's response to Defendants' Bill of Particular Motions will be held in abeyance for 14 days so that defense counsel may confer with each other and Government's counsel to determine whether they can agree that sufficient information has been provided such as to not require more detail or to a narrowing of the requested Particulars.

The Government will make a decision on filing a superseding indictment by the end of April. The Government also indicated it will file a motion shortly for a conflict inquiry regarding Attorney Russell Williams, counsel for Defendant Ruggeri.

The court hereby sets a telephonic status conference with counsel for the parties on May 5, 2021, at 10:30 a.m.  Instructions for the call-in number shall be issued separately.


IT IS SO ORDERED.


/s/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE


March 22, 2021