**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20CR392 |
| | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| vs. | ) | |
| | ) | |
| | ) | |
| CHARLES VACCARO, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR HEARING TO BE SCHEDULED AUGUST 9, 2021 CONCERNING THE DEFENDANT CHARLES VACCARO'S MOTION TO STAY THE WARRANT TO SEIZE PROPERTY PENDING AN EMERGENCY HEARING**

By Motion entered on August 5, 2021 (ECF Document no. 128), the Defendant Charles Vaccaro, through his counsel Randy Zelin, Esq., respectfully requested an emergency hearing with respect to the *Warrant to Seize Property Subject to Forfeiture* (the "Seizure Order") issued on July 29, 2021 and executed on August 5, 2021, which left the Defendant Charles Vaccaro homeless[1].

By Order entered on August 6, 2021, the Court indicated that a hearing would be set next week on a date and time convenient to the Court and to the Parties.

This motion respectfully requests that the Hearing be set for Monday August 9, 2021 by telephone or virtually, at a time convenient to the Court. Mr. Vaccaro has been rendered homeless by virtue of the Seizure Order, without prior notice nor opportunity to be heard   Exigent circumstances created by virtue of the government's execution of the Seizure Order which rendered Mr. Vaccaro homeless without prior notice nor opportunity to be heard justifies this emergency relief.

---

[1] This motion included a motion to travel to New York as Mr. Vaccaro had been dispossessed from his home by virtue of the Seizure Order.

The government and the Court are aware that Mr. Vaccaro has lived on the boat since January 10, 2021. The Indictment returned against Mr. Vaccaro (ECF Document no. 21) filed on April 29, 2021 did not contain a forfeiture notice concerning the boat. The Superseding Indictment returned against Mr. Vaccaro (ECF Document no. 78) did not contain any new allegations of offense conduct against Mr. Vaccaro even though it did, for the first time, contain a forfeiture notice concerning the boat. All the while, Mr. Vaccaro has been fully compliant with the terms and conditions of his Release Order.

In other words, while there are exigent circumstances concerning Mr. Vaccaro, and Mr. Vaccaro is suffering from indescribable prejudice as a result of the Seizure Order, the government can point to no prejudice nor justification for having sat on its hands for now over two years since Mr. Vaccaro's arrest on July 19, 2019 – particularly where (a) the government concurred with Mr. Vaccaro's conditions of release (ECF Document no. 4-3) which provided that the boat would be provided as security for Mr. Vaccaro's release; and, (b) the government and counsel for Mr. Vaccaro had been in negotiations to reduce the security for Mr. Vaccaro's conditions of release (see for example, conferences with the Court held on March 22, 2021, May 5, 2021 and July 6, 2021). Mr. Vaccaro's Fourth and Fifth Amendment Rights have been utterly abused by the government's "nuclear weapon" sneak attack.

While the Court granted Mr. Vaccaro's motion to travel to New York to find a place to live pending further Order of the Court, Mr. Vaccaro was in no physical, emotional or mental condition to make the trip. Mr. Vaccaro is now temporarily living on the pull-out couch of a friend in a one-bedroom apartment – and with no means to earn a living whatsoever, as the boat generated income through day charters which allowed Mr. Vaccaro to keep the boat docked, to maintain the boat and so he could put food on the table.

For all of these reasons, Defendant Charles Vaccaro respectfully requests that the Hearing of this matter be held on Monday, August 9, 2021.

Dated: August 8, 2021

                                                *Randy Zelin*
                                                Randy Zelin

To:
    All Counsel (via ECF)