IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-CR-392 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' RESPONSE TO R. 133**

On August 13, 2021, defendant Charles Vaccaro, through counsel, filed R. 133; entitled: Motion for Hearing on Damages Suffered to a Third-Party Boat and Defendant's Boat as a Result of the Seizure of Defendant's Boat on August 5, 2021.  By this response, the United States respectfully advises the Court that the FBI is in contact with the United States Marshals Service (USMS).  The USMS is looking into what, if anything, occurred during the seizure of the subject yacht.

          Respectfully submitted,

          Bridget M. Brennan
          Acting United States Attorney, N.D. Ohio

By:   /s/ James L. Morford                  .
       James L. Morford (Ohio: 0005657)
       Assistant United States Attorney, N.D. Ohio
       Carl B. Stokes U.S. Court House
       801 West Superior Avenue, Suite 400
       Cleveland, Ohio 44113
       216.622.3743 / James.Morford@usdoj.gov