# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20CR392 |
| | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| vs. | ) | |
| | ) | |
| | ) | |
| CHARLES VACCARO, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR PERMISSION TO TRAVEL

As a result of the *Warrant to Seize Property Subject to Forfeiture* (the "Seizure Order") issued on

July 29, 2021 and executed on August 5, 2021 which left the Defendant Charles Vaccaro homeless,

the Court granted Mr. Vaccaro's motion to drive from Florida to New York (filed August 6, 2021,

No ECF Document no.). By this motion, the Defendant, Charles Vaccaro, by his attorney Randy

Zelin of the law firm Wilk Auslander LLP, respectfully moves this Court for an Order:

(a) permitting him to travel by car back to Florida from New York[1]; (b) permitting him to travel by

boat from New York to Florida from on or about November 1, 2021 to and including November 8,

2021[2].

---

[1] This application would be *nunc pro tunc* to October 24, 2021 through October 27, 2021.  Mr.
Vaccaro left this past Sunday, October 24, 2021 as a result of a miscommunication between he and
I.  Mr. Vaccaro thought that I had previously gotten him permission to drive back and forth to
Florida without further leave of Court, consistent with his ability to fly without needing leave of
Court.  The government had no opposition to my request that Mr. Vaccaro be permitted to drive
back to Florida when I first made the request.
[2] Mr. Vaccaro will be flying from Florida to New York to meet up with the boat, so no additional
permission is required.

**Permission to Travel to by Car and Boat from New York to Florida**

<u>**By Car**</u>

The terms of Mr. Vaccaro's Release Order (ECF Docket no. 4-3) permit him to travel back and forth between Florida and New York by air. We sought permission for Mr. Vaccaro to drive from Florida to New York because the drive would take Mr. Vaccaro through various Districts in various States. With the drive back to Florida from New York, this additional request is respectfully submitted. Like his trip from Florida to New York, driving (on Interstate 95) will take Mr. Vaccaro from New York through the Districts of New Jersey, Maryland, Virginia, North Carolina, South Carolina and Georgia to get back to Florida. The government had no objection to this travel request at the time I requested the government's consent.

<u>**By Boat**</u>

While Mr. Vaccaro remains homeless, he has an opportunity to assist in the piloting of a boar from Huntington, New York to Miami, FL. This trip will provide Mr. Vaccaro with a place to sleep and his meals will be covered. The government has no objection so long as Mr. Vaccaro provides Pretrial Services in advance, with the (a) trip's itinerary; (b) the name and registration number of the boat; (c) the planned stops along the way.

**CONCLUSION**

For all of these reasons, the Defendant Charles Vaccaro respectfully requests that these travel requests be granted in their entirety.

Dated: October 27, 2021

_Randy Zelin_
Randy Zelin

To:
All Counsel (via ECF)

2