Motion to travel is granted from from New York to Florida November 1, 2021 to November 8, 2021.
s/ Judge Solomon Oliver, Jr.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20CR392 |
| | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| vs. | ) | |
| | ) | |
| | ) | |
| CHARLES VACCARO, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR PERMISSION TO TRAVEL**

As a result of the *Warrant to Seize Property Subject to Forfeiture* (the "Seizure Order") issued on July 29, 2021 and executed on August 5, 2021 which left the Defendant Charles Vaccaro homeless, the Court granted Mr. Vaccaro's motion to drive from Florida to New York (filed August 6, 2021, No ECF Document no.). By this motion, the Defendant, Charles Vaccaro, by his attorney Randy Zelin of the law firm Wilk Auslander LLP, respectfully moves this Court for an Order: (a) permitting him to travel by car back to Florida from New York[1]; (b) permitting him to travel by boat from New York to Florida from on or about November 1, 2021 to and including November 8, 2021[2].

---

[1] This application would be *nunc pro tunc* to October 24, 2021 through October 27, 2021. Mr. Vaccaro left this past Sunday, October 24, 2021 as a result of a miscommunication between he and I. Mr. Vaccaro thought that I had previously gotten him permission to drive back and forth to Florida without further leave of Court, consistent with his ability to fly without needing leave of Court. The government had no opposition to my request that Mr. Vaccaro be permitted to drive back to Florida when I first made the request.
[2] Mr. Vaccaro will be flying from Florida to New York to meet up with the boat, so no additional permission is required.

1