UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:20 CR 392 |
| Plaintiff | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) | |
| CHARLES VACCARO, *et al*, | ) ) ) | |
| Defendants | ) | STATUS CONFERENCE ORDER |

A telephonic pretrial status conference was held in the within case on January 25, 2022, at 2:00 p.m., with counsel for the parties. Assistant U.S. Attorneys Brad Beeson and Jim Morford were present on behalf of the Government. Attorneys Randy Zelin and Eric Nemecek were present on behalf of Charles Vaccaro, Attorney Edward Mullin was present on behalf of Dennis Ruggeri, Attorney Bob Amsel was present on behalf of Dror Svorai, Attorney Michael Orenstein was present on behalf of Kevin Hagen, Attorney Justin Roberts was present on behalf of Gary Berlly, and Attorney Mark Hunter was present on behalf of Yosef Biton. Mr. Vaccaro was also present at the conference.

First, the court and the parties discussed the status of discovery. During this discussion, counsel for the Government indicated that since the last conference, the Government has reached out to all defense counsel to assist counsel in working through the outstanding discovery issues and to possibly schedule meetings to hold a reverse proffer.

The court heard from Mr. Vaccaro and counsel for the United States with respect to Mr.

Vaccaro's proposed order regarding the change in bond conditions (ECF No. 153). Thereafter, the court indicated that it was inclined to grant the Motion to Amend Conditions (ECF No. 137) and issue the proposed order as its own, but allowed the Government until the end of the week to file a response to the proposed order. Since that time, the Government has not filed a response to the proposed order. Second, the court heard from the parties relative to Vaccaro's request to inspect the boat for physical damage—which is the subject of Vaccaro's Motion for Hearing on Physical Damage to the Boat (ECF No. 133)—and to retrieve personal property that may have been left on the boat by Mr. Vaccaro, Mr. Vaccaro's girlfriend, and Mr. Vaccaro's girlfriend's son. Counsel for the Government indicated that the Government was conferring with the U.S. Marshals to determine if, and how these issues might be addressed . Last, the court heard from the parties in respect to Vaccaro's pending Motion for Return of the Inflatable Boat (the "Inflatable") (ECF No. 150). After a full discussion of the matter, the parties indicated that they would provide photographs of the Inflatable to assist the court in its ruling on the motion.

The court will grant the Motion to Amend Bond Conditions (ECF No 137) and will issue a separate order as proposed. As reflected in the court's docket entry on January 25, 2022, the court will hold a status conference on March 31, 2022, at 2:30 p.m to discuss all outstanding issues.

IT IS SO ORDERED.

/s/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

February 8, 2022