UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:20 CR 392 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, *et al*, | ) | |
| | ) | |
| Defendants | ) | ORDER |

On August 24, 2021, Defendant Charles Vaccaro filed a Motion to Amend Bond Conditions (ECF No. 137). The court further discussed this matter with the parties at a pretrial conference held on January 25, 2022, at 2:00 p.m. The Government has expressed no objection with respect to that portion of the Motion which requested a reduction of the bond to $200,000 secured.

On September 9, 2021, the court held a telephonic pretrial conference where it indicated it would grant the Motion, without objection, to the extent that it seeks an order reducing the amount of Mr. Vaccaro's bond to a $200,000 secured bond. The court finds that Defendant Charles Vaccaro has established good cause to modify a condition of his bond relative the amount of the bond and the security therefor. The court hereby grants the Motion to the extent that Defendant Charles Vaccaro's conditions of his pretrial release shall be modified to the extent that the amount of the bond will be reduced to $200,000. The bond will be secured by a lien on the 2001 Azimut, which lien is already in full force and effect. The other security, in the form of a lien on a 2018 Rolls Royce and on the home owned by Sheryl Feldman are hereby released from the bond, leaving the 2001

Azimut as the sole security for the $200,000 bond.

All remaining conditions of Defendant Vaccaro's pretrial release remain in full force and effect.

IT IS SO ORDERED.

                                            */s/ SOLOMON OLIVER, JR.*
                                            UNITED STATES DISTRICT JUDGE

February 8, 2022