IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-CR-392 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, | ) | |
| | ) | **NOTICE TO COURT** |
| Defendant. | ) | Re: Dinghy/Inflatable |

On October 27, 2021, defendant Charles Vaccaro, through counsel, filed R. 150; a motion for the return of the subject "dinghy". The United States filed its Response (R. 154) on November 10, 2021. Further investigation into the purchase of the dinghy by the FBI has raised a second – independent – basis for the denial of defendant's motion. Therefore, the undersigned counsel intends to file a Supplement to the United States' Response. This Court is respectfully notified that the Supplement will be filed no later than Tuesday, April 12, 2022.

                                                                                   Respectfully submitted,

                                                                                   Kenneth L. Parker
                                                                                   U.S. Attorney, Southern District of Ohio –
                                                                                   Acting Under Authority Conferred by 28
                                                                                   U.S.C. Section 515

                                                      By:    /s/ James L. Morford                           .
                                                                      James L. Morford (Ohio: 0005657)
                                                                    Assistant United States Attorney, N.D. Ohio
                                                                    Carl B. Stokes U.S. Court House
                                                                    801 West Superior Avenue, Suite 400
                                                                    Cleveland, Ohio 44113
                                                                    216.622.3743 / James.Morford@usdoj.gov