UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:20 CR 392 |
| Plaintiff | ) ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) | |
| CHARLES VACCARO, *et al*, | ) ) ) ) | |
| Defendants | ) | STATUS CONFERENCE ORDER |

A telephonic pretrial status conference with counsel for all parties was held in the within case on September 20, 2022, at 10:30 a.m. Assistant U.S. Attorneys Alex Abreu and Jim Morford were present on behalf of the Government. Attorneys Randy Zelin, Edward Mullin, Bob Amsel, Justin Roberts, Michael Orenstein and Mark Hunter were present on behalf of their respective clients: Charles Vaccaro, Dennis Ruggeri, Dror Svorai, Gary Berlly, Kevin Hagen and Yosef Biton. Mr. Vaccaro and Mr. Biton were also present at the conference.

During the conference, each party indicated a desire for more time to fully explore potential pleas before trial. On joint motion of the Government and all Defendants, the court continued this matter for a period of 60 days. The court finds, under 18 U.S.C. § 3161(h)(7)(A) and (B), that the ends of justice served by continuance of trial outweigh the best interests of the public and the Defendants in a speedy trial.

The court also denies the Government's Motion to Strike (ECF No. 192) Plaintiff Vaccaro's counsel's letter, titled Emergency Motion for Return of Property/Pretrial. (ECF No. 191.) Further,

the court finds no need to take action with regard to that letter, as counsel for Vaccaro indicated that he would follow up with an appropriate Motion related to its subject matter.

      IT IS SO ORDERED.

                                                                 */s/ SOLOMON OLIVER, JR.*
                                                                 UNITED STATES DISTRICT JUDGE

September 21, 2022