UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:20 CR 392 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | STATUS CONFERENCE ORDER |

A telephonic pretrial status conference was held with counsel for the parties in the within case on November 18, 2022, at 10:30 a.m. Assistant U.S. Attorney Alex Abreu was present on behalf of the Government. Attorneys Randy Zelin, Edward Mullin, Bob Amsel, Justin Roberts, Michael Orenstein and Mark Hunter were present on behalf of their respective clients: Charles Vaccaro, Dennis Ruggeri, Dror Svorai, Gary Berlly, Kevin Hagen and Yosef Biton. Mr. Vaccaro was also present at the conference.

During the conference, counsel for the Government indicated and counsel for the relevant Defendants agreed that the Government has reached terms on plea agreements with two Defendants, and will seek to schedule change-of-plea hearings with those Defendants in January. The Government expects to know in the coming weeks whether change-of-plea hearings can also be held with two other Defendants with whom plea negotiations are ongoing. The Government will also hold a reverse proffer with Defendant Dennis Ruggeri and his counsel on December 8, 2023. The Government shall update the court by December 22, 2022, after conferring with counsel for all

parties on the status of plea negotiations with each of the Defendants.

Counsel for Defendant Charles Vaccaro, following up on his letter to the court dated November 17, 2022 (ECF No. 196), indicated that he would file by December 15, 2022, a motion for a pretrial hearing challenging the Government's restraint of allegedly forfeitable assets, so that Vaccaro may use those assets to pay for counsel.

In light of these developments, and on joint motion of the Government and all Defendants, the court continued this matter for a period of 60 days. The court finds, under 18 U.S.C. § 3161(h)(7)(A) and (B), that the ends of justice served by continuance of trial outweigh the best interests of the public and the Defendants in a speedy trial. The court will hold another telephonic status conference on January 18, 2023, at 10:30 a.m. A final pretrial conference will be held at 12:00 p.m. on March 2, 2023 in Courtroom 19A. Trial shall commence at 9:00 a.m. on April 17, 2023, in Courtroom 19A. A separate trial order shall issue.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

November 21, 2022