IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-CR-392 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO R. 198**

On December 15, 2022, counsel for Defendant Charles Vaccaro filed R. 198; namely, defendant's Motion for Release of Assets Seized Pretrial.  The United States' deadline to file its response in opposition to the motion is on or about Thursday, December 29th.  By the instant motion, the United States respectfully requests a three-week extension - until Thursday, January 19th – to file the response.

Since the filing of Defendant's motion, in addition to holiday-related activities, the undersigned counsel has been working on the forfeiture aspect of a multi-defendant drug case before Judge John R. Adams.  It is anticipated that the United States' response to Defendant's motion will be fairly extensive and supported by affidavits.  Accordingly, the additional time is needed to secure each potential affiant's return from the holidays and to do the necessary work to organize and draft a comprehensive response.

THEREFORE, the undersigned counsel respectfully moves this Court for an Order granting an extension of time – to January 19, 2023 – to file the United States' Response to R. 198. A proposed Order is attached.

Respectfully submitted,

Michelle M. Baeppler
First Assistant U.S. Attorney, N.D. Ohio

By: /s/ James L. Morford .
James L. Morford (Ohio: 0005657)
Assistant United States Attorney, N.D. Ohio
Carl B. Stokes U.S. Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113
216.622.3743 / James.Morford@usdoj.gov