IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20CR392 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, et al., | ) | STATUS REPORT |
| | ) | |
| Defendants. | ) | |

The United States of America, by and through its undersigned counsel, respectfully submits its report on the status of plea negotiations with various defendants. The government met with Defendant Ruggeri and his attorney to review its case against the Defendant, including examples of the relevant evidence and anticipated guidelines. As noted in the Court's Order, Doc. 197, the government still expects to request change of plea hearings for two defendants in January 2023, when the plea agreements are approved by the parties. The instant status report is filed out of time due to an unanticipated delay in the undersigned's ability to confer with opposing counsel. However, after conferring with counsel, the parties are confident that the cases against Defendants Hagen and Berlly will be resolved without the need for a trial but have yet to agree on tentative plea agreement terms.

        Respectfully submitted,

        MICHELLE M. BAEPPLER
        First Assistant United States Attorney

By:  /s/ Alejandro A. Abreu
      Alejandro A. Abreu (OH: 0089477)
      Assistant United States Attorney
      United States Court House
      801 West Superior Avenue, Suite 400
      Cleveland, OH 44113
      (216) 622-3620/522-2403 (facsimile)
      Alejandro.A.Abreu@usdoj.gov