# RANDY SCOTT ZELIN P.C.

641 LEXINGTON AVENUE
29TH FLOOR
NEW YORK, NEW YORK 10022

WWW.RANDYZELINLAW.COM

RANDY ZELIN
RSZ@RSZPC.COM

T 212.319.4000
F 212.656.1118

January 26, 2023

Via ECF
The Honorable Solomon Oliver, Jr.
United States District Judge
United States District Court
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue, Courtroom 17A
Cleveland, Ohio 44113-1838

      Re:    United States v. Charles Vaccaro, et al.
                 Case no. 1:20-CR-392

Dear Judge Oliver:

      I represent defendant Charles Vaccaro. I write with the consent of the government to respectfully request a ten day continuance to February 6, 2023 to file our reply to the government's opposition (ECF Document no. 207) to my client's motion for release of assets (ECF Document no. 198).

      I expect to meet and confer with the government next week to discuss any prospect for an amicable resolution to the motion.

      Thank you for your kind consideration.

                                             Respectfully submitted,

                                             *Randy Zelin*

To:    All counsel via ECF              Randy Zelin