# RANDY SCOTT ZELIN P.C.

641 LEXINGTON AVENUE
29TH FLOOR
NEW YORK, NEW YORK 10022

WWW.RANDYZELINLAW.COM

RANDY ZELIN
RSZ@RSZPC.COM

T 212.319.4000
F 212.656.1118

February 7, 2023

Via ECF
The Honorable Solomon Oliver, Jr.
United States District Judge
United States District Court
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue, Courtroom 17A
Cleveland, Ohio 44113-1838

         Re:    United States v. Charles Vaccaro, et al.
                   Case no. 1:20-CR-392

Dear Judge Oliver:

      I represent defendant Charles Vaccaro. I write to respectfully request that the attached "Resignation/Dissociation" be made a part of my client's reply. This document corroborates that my client indeed gave up his interest in the "other boat." This exhibit should have been made a part of it.

      Thank you for your kind consideration.

                                        Respectfully submitted,

                                        *Randy Zelin*
To:    All counsel via ECF                 Randy Zelin