# United States District Court for the
# Northern District of Ohio

UNITED STATES OF AMERICA

        Plaintiff,

    vs.

CHARLES VACCARO

        Defendant.

**CASE NO.:** 1:20 CR 392

**Judge:** SOLOMON OLIVER, JR.

# NOTICE OF APPEAL

Notice is hereby given that defendant CHARLES VACCARO hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order of the United States District Court for the Northern District of Ohio (Oliver, J.) filed on April 19, 2023 (ECF Document no. 224) denying the defendant's Motion for Release of Assets Seized Pretrial.

This is an interlocutory appeal filed to preserve the defendant CHARLES VACCARO's rights to the extent that the Order falls under the "collateral order" exception to the final judgment rule.

Dated: April 26, 2023

Respectfully submitted,

<u>Randy Zelin</u>
Randy Zelin
Randy Scott Zelin P.C.
641 Lexington Ave., 29th Fl.
New York, New York 10022
212.319.4000
rsz@rszpc.com
*Attorneys for Defendant Charles Vaccaro*

To:    All Counsel (via ECF)
        Charles Vaccaro (by email PDF)