UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:20 CR 392 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | <u>STATUS CONFERENCE ORDER</u> |

A telephonic pretrial status conference was held in the within case at 3:00 p.m. on May 2, 2023. Assistant U.S. Attorneys Alex Abreu and James Morford were present on behalf of the Government. Attorneys Randy Zelin, Edward Mullin, and Justin Roberts were present on behalf of Defendants Charles Vaccaro, Dennis Ruggeri, and Gary Berlly, respectively. Mr. Vaccaro also joined the conference. Counsel for the Government indicated that Defendants Dror Svorai and Yosef Biton had entered pleas, and that Defendant Kevin Hagen has a change of plea hearing forthcoming. After some discussion with Mr. Zelin and Mr. Vaccaro, the court indicated that it was inclined to grant Mr. Zelin's Motion to Withdraw (ECF No. 229), and will do so after Mr. Zelin has assisted Mr. Vaccaro in submitting his application for appointed counsel under the Criminal Justice Act. The court also expects Mr. Zelin to tend to Mr. Vaccaro's pending interlocutory appeal of the court's Order denying his Motion for Return of Property, until such time as appointed counsel is prepared to assume that responsibility. On joint oral motion of Defendants Vaccaro, Ruggeri, and Berlly, and with no opposition from the Government, the court continued this matter for a period of 30 days, to

allow time for continued plea discussions and for Mr. Vaccaro to apply for appointed counsel. The court finds, under 18 U.S.C. § 3161(h)(7)(A) and (B), that the ends of justice served by continuance of trial outweigh the best interests of the public and the Defendants in a speedy trial. The court will hold another telephonic status conference on June 5, 2023, at 3:00 p.m.

 IT IS SO ORDERED.

                */s/ SOLOMON OLIVER, JR.*
                UNITED STATES DISTRICT JUDGE

May 3, 2023