IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:20CR392 |
| Plaintiff, | JUDGE SOLOMON OLIVER, JR. |
| v. | |
| CHARLES VACCARO, ET AL., | MOTION FOR WITHDRAWAL OF COUNSEL |
| Defendants. | |

Now comes the United States of America, by and through counsel, Michelle M. Baeppler, First Assistant United States Attorney, and Brad J. Beeson, Assistant U. S. Attorney, and moves this Court for permission for the undersigned to withdraw as counsel of record, and requests that the Court no longer include the undersigned on the ECF system for this case. The instant case is currently assigned to Alejandro Abreu, Assistant U. S. Attorney, who will receive all ECF notifications.

Respectfully submitted,

MICHELLE M. BAEPPLER
First Assistant United States Attorney

By: /s/ Brad J. Beeson
Brad J. Beeson (IL: 6236690)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3850
(216) 522-8355 (facsimile)
Brad.Beeson@usdoj.gov