IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-CR-392 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, | ) | |
| DROR SVORAI, | ) | |
| DENNIS RUGGERI, | ) | |
| KEVIN HAGEN, | ) | |
| GARY BERLLY, | ) | |
| YOSEF BITON, | ) | |
| | ) | **BILL OF PARTICULARS** |
| Defendants. | ) | Re: Forfeiture |

NOW COMES the United States of America, by the undersigned counsel, and respectfully submits this Bill of Particulars - Re: Forfeiture.  On April 29, 2021, a 19-count Superseding Indictment (R. 78) was returned in the above-captioned case.  The Superseding Indictment included two forfeiture provisions [namely, "FORFEITURE: COUNTS 1-18" (pages 63-65 of the Superseding Indictment) and "FORFEITURE: COUNT 19" (page 65 of the Superseding Indictment)], which are incorporated herein by reference.  By this Bill of Particulars - Re: Forfeiture, the United States specifies that the property subject to forfeiture under the forfeiture provision entitled "FORFEITURE: COUNTS 1-18" also includes, but is not limited to, the following:

- 1984 Magnum Marine 53' Watercraft, Hull ID Number: MAG530270682, Primary Vessel Number: 671092, seized pursuant to the execution of a federal seizure warrant on

or about February 17, 2023. The name of the watercraft is Marchese Yacht.

                                        Respectfully submitted,

                                        Michelle M. Baeppler
                                        First Assistant U.S. Attorney, N.D. Ohio

By:    /s/ James L. Morford                    .
           James L. Morford (Ohio: 0005657)
           Assistant United States Attorney, N.D. Ohio
           Carl B. Stokes U.S. Court House
           801 West Superior Avenue, Suite 400
           Cleveland, Ohio 44113
           216.622.3743 / James.Morford@usdoj.gov