Case No. 23-3385

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

**ORDER**

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

CHARLES VACCARO

    Defendant - Appellant

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                                       **ENTERED PURSUANT TO RULE 45(a),**
                                       **RULES OF THE SIXTH CIRCUIT**
                                       Deborah S. Hunt, Clerk

Issued: June 23, 2023