**MOTION GRANTED.**
/s/Solomon Oliver, Jr.
United States District Judge
7/7/2023

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 20CR392 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, et al. | ) | MOTION FOR LEAVE TO FILE |
| | ) | MOTIONS TO CONTINUE |
| Defendants. | ) | SENTENCINGS UNDER SEAL |

The United States of America, by and through undersigned counsel, respectfully requests permission to submit motions requesting the continuance of certain upcoming sentencings under seal. The United States seeks the requested relief because its anticipated motions reference non-public sentencing information.

Respectfully submitted,

REBECCA C. LUTZKO
United States Attorney

By: /s/ *Alejandro A. Abreu*
Alejandro A. Abreu (OH: 0089477)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3620
Alejandro.A.Abreu@usdoj.gov